**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-CIV-81700-RAR**

**HOWARD COHAN**,

    Plaintiff,

v.

**WPB DUGOUT HOTEL LLC
a Foreign Limited Liability Company
d/b/a HILTON GARDEN INN,**

    Defendant.
_____/

**ORDER OF DISMISSAL**

**THIS CAUSE** comes before the Court upon *sua sponte* review of the docket. On October 19, 2020, the Court entered an Order Administratively Closing Case [ECF No. 13] pursuant to which the parties were required to file a stipulation of dismissal within thirty (30) days. On December 14, 2020, the Court granted the parties' third Motion for Extension of Time to File Stipulation of Dismissal, requiring the parties to file their stipulation of dismissal by December 24, 2020. [ECF No. 20].

After that date had passed and no stipulation of dismissal had appeared on the docket, the Court entered an Order Requiring Stipulation of Dismissal, requiring the parties to file a stipulation of dismissal or alternatively request an extension of time to do so by January 7, 2021. [ECF No. 21]. The parties were warned that a "[f]ailure to comply with [that] Order [would] result in a dismissal without further notice." *Id*. On January 7, 2021, Defendant filed an Unopposed Motion for Extension of Time to File a Stipulation of Dismissal. [ECF No. 22] ("Motion"). The Court

granted that Motion and required the parties to file a stipulation of dismissal "on or before January 12, 2021." Paperless Order [ECF No. 23].

The date for compliance has now passed, and the parties have failed to file a stipulation of dismissal. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED** *without prejudice*.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 15th day of January, 2021.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record